FRANK J. TAYLOR, Commissioner of Public Welfare of the City of New York, LESLIE RANDOLPH, Respondent, v. CARL VAN EXEL, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

J. B. TAYNTON, Individually and as Administrator, etc., of ARNOLD F. TAYNTON, Deceased, Respondent, v. HOWARD VOLLMER, as Executor, etc., of LENA BALMOS, Deceased, Appellant.— Order denying defendant's motion to dismiss the complaint in an action brought under a statute of Pennsylvania for damages for wrongfully causing the death of plaintiff's intestate reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Herzog* v. *Stern* (264 N. Y. 379). [151 Misc. 214.] Appeal from order granting plaintiff's motion for the examinations of the defendant and the operator of the car in question dismissed, without costs, in view of the dismissal of the complaint. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.